UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

WENDY WOPSHALL,

    Plaintiff,

vs.

CASE NO.:  2:18-cv-14424

THE TRAVELERS HOME
AND MARINE INSURANCE
COMPANY,

    Defendant.

_____/

**NOTICE OF CONSTITUTIONAL QUESTION**

The Travelers Home and Marine Insurance Company ("Travelers"), pursuant to Federal Rule of Civil Procedure 5.1 and 28 U.S.C. § 2403, files this notice of constitutional question raised in the above-captioned case. In Travelers' Response to Plaintiff's Motion to Strike Travelers' Affirmative Defenses to Amended Complaint (DE 117), Travelers raises the following constitutional question: Whether the penalty in Florida Statute § 627.727(10) violates the Due Process Clause of the United States Constitution and the Florida Constitution and/or the prohibition against excessive fines in the Eighth Amendment of the United States Constitution and Article I, Section 17 of the Florida Constitution?

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Matthew J. Lavisky*

MATTHEW J. LAVISKY, ESQ.
Florida Bar No.: 48109
mlavisky@butler.legal
Secondary: hmosher@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on July 2, 2021, on all counsel or parties of record. I further certify that on July 2, 2021, a copy of this notice of constitutional question and Travelers' Response to Plaintiff's Motion to Strike Travelers' Affirmative Defenses to Amended Complaint will be served upon the Florida Attorney General via e-service to oag.civil.eserve@myfloridalegal.com.

*/s/ Matthew J. Lavisky*
MATTHEW J. LAVISKY, ESQ.